IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARY ANN DOTTI, et al.        :
    vs.              :
                              :
TRADER JOE'S , et al.         :        NO.   13-2437

## ORDER

**AND NOW, TO WIT:** This 10th day of October , 2013 it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

        **MICHAEL E. KUNZ**, Clerk of Court

        **BY:**   S/Eileen Adler
            Eileen Adler
            Deputy Clerk

Civ 2 (8/2000)
41(b).frm